IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

SAMMEER SHUKRI.

CRIMINAL ACTION FILE
NO. 4:16-CR-022-01-HLM-WEJ

ORDER

This case is before the Court on the Report and Recommendation on Plea of Guilty issued by United States Magistrate Judge Walter E. Johnson [23].

On September 7, 2016, a federal grand jury sitting in the Northern District of Georgia returned an indictment against Defendant. (Indictment (Docket Entry No. 1).) The indictment charged Defendant with knowingly failing to surrender for service of his federal criminal sentence as ordered by the Court, in violation of 18 U.S.C. § 3156(a)(2) and (b)(1)(A)(i). (Id. at 1-2.)

On October 20, 2016, Defendant filed a Consent to Tender Plea Before U.S. Magistrate Judge. (Consent to Tender Plea

AO 72A
(Rev.8/8
2)

(Docket Entry No. 15).) On that same day, Defendant entered a plea of guilty before Judge Johnson to the charge contained in the indictment. (Minute Entry (Docket Entry No. 14); Guilty Plea and Plea Agreement (Docket Entry No. 16).)

On October 21, 2016, Judge Johnson issued his Report and Recommendation. (Report & Recommendation (Docket Entry No. 17).) Judge Johnson's Report and Recommendation states, in relevant part:

> The defendant, by consent, has appeared before me and entered a plea of guilty to the Indictment [1] pursuant to a written Plea Agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. 11, I have determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

(Id. at 1.)

As of the date of this Order, neither Defendant nor the Government has filed an Objection to the Report and Recommendation. The time period for filing Objections has expired, and the Court therefore finds that this matter is ripe for resolution.

Based on the Court's review of the Report and Recommendation and the record in the case, the Court finds that Defendant's plea of guilty was knowingly and voluntarily made, and that Defendant's plea to the offense charged was supported by an independent basis in fact establishing each of the essential elements of that offense. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Court **ADOPTS** the Report and Recommendation [17] and makes it the Order of this Court. Defendant's plea of guilty to the indictment is hereby accepted, and Defendant is hereby adjudged guilty of said offense. Defendant's sentencing hearing is scheduled for Friday, January 27, 2017, at

1:30 p.m., in Room 300 of the United States Courthouse, 600 East First Street, Rome, Georgia.

IT IS SO ORDERED, this the 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE